FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

OSVALDO CUMBA
(Enter the full name of the plaintiff or plaintiffs)

v.

STEVEN MILLER, Kyle Russel
DOUGLAS METTE
JOSHUA LEEDBETTER
(Enter the full name of the defendant or defendants)

II. PARTIES

a. Plaintiff
Full name: OSVALDO CUMBA
Prison Identification number: 0200144 9083
Place of present confinement: Lehigh County Jail
Address: 38 North 4th Street Allentown, PA 18102

Place of confinement at time of incidents or conditions alleged in complaint, including address:
Lehigh County Jail

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Steven Miller
   Place of employment and section or unit: Warden of Treatment of L.C.J

2. Full name including title: Douglas Mette
   Place of employment and section or unit: Treatment Supervisor of L.C.J

3. Full name including title: Joshua Leedbetter
   Place of employment and section or unit: Case Manager at L.C.J

4. Full name including title: Kyle Russel
   Place of employment and section or unit: Deputy Warden of L.C.J

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

RECEIVED MAY 20 2022

2

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

   Type of procedure. (grievance, disciplinary review, etc.)
   _Disciplinary Review_

   Authority for procedure. (DC-ADM, inmate handbook, etc.)
   _DC-A.D.M_

   Formal or informal procedure. _Formal procedure_
   Who conducts the initial review? _Joshua Leedbetter_

   What additional review and appeals are available?
   _Appeal to The Supervisor of Treatment_

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

   On what date did you request initial review? _March 30th, 2022_
   What action did you ask prison authorities to take? _I needed to use law library and telephone_
   What response did you receive to your request? _That I am not allowed to use telephone nor direct to law library._
   What further review did you seek and on what dates did you file the requests? _On March 31st of 2022 I respectfully requested to use law library and telephone_
   What responses did you received to your requests for further review? _That I am on Disciplinary segregation that I am not allowed to use electronic law library nor telephone._

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?

_____
_____
_____

4

## V. STATEMENT OF CLAIM

Instructions:

State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

Statement of Claim:

I have been on Disciplinary segregation for about fifteen months and I have requested multiple times to use electronic law library in order for me to use knowledge as my defense at court. I need a direct access to law library meaning that I should be able to use a computer or a tablet to directly access to law library because I need resources of case law materials to use at Honorable Court as matter of law. Furthermore, I have been trying to use electronic libraries because it is efficient and faster for me rather than ask to somebody else to do and wait for fifty pages weekly, and most of the times I do not receive the 50 pages of cases or citations.

## VI. RELIEF

Instructions: Briefly state exactly what you want the Court to do for you.

Relief sought:

I am seeking a federal lawsuit of fifteen million Dollars ($15,000,000) for violating my first, eighth and fourteenth Amendment of the United States Constitution

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

April 4th of 2022
DATE

Osvaldo Gumba
SIGNATURE OF PLAINTIFF(S)

5

Under the first and fourteenth Amendment to the Constitution, prisoners have right of access to the Courts. United States Constitution Amendments 1 and 14. A prisoner right under the first and fourteenth Amendments of direct access to the Courts means the opportunity to prepare, serve and file whatever pleadings or other documents are necessary or appropriate in order to commence or prosecute court proceedings affecting one's personal liberty; under U.S.C.A, United States Constitution Amendments 1 and 14. Furthermore, a prison right under first and fourteenth Amendments of direct access to the law library requires prison authorities to assist inmates in preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries. Unlike on Lehigh County jail whereof, Douglas Mette, supervisor of treatment, has failed to furnish adequate law libraries stating that inmates on Disciplinary segregation do not have access to the law library directly, but through him and most of the times I have to wait weeks and weeks till he replies and answer my requests. Furthermore, Joshua Leedletti the case manager of Disciplinary segregation fails to provide me law library material multiple times. The same thing to use of the telephone. Telephone is a right and not a privilege. He, Joshua Leedletti states that inmates on disciplinary segregation do not a right to use telephone violating 1 and 14 Amendments. Furthermore Steven Miller had placed me on DSU on cell with no light there violating my 8th Amendments. I will attach the copies of facts of this civil action

| DOC #4<br>**INMATE'S REQUEST TO STAFF**<br>*Pedida de encarcelado a empleado* | **LEHIGH COUNTY**<br>**DEPARTMENT OF CORRECTIONS** |
|---|---|

**TO** (Name and Title of Officer)
**PARA:** (Nombre y Titulo): Douglas Mette, Supervisor
**DATE (FECHA):** 3/30

**BY:** (Inmate Name and ID Number)
**DE:** (Nombre y Numero): Osvaldo Gumbs 0200144

**QUARTERS ASSIGNMENT:**
**LOCAL DENTRO DE LA CARCEL:** Three Charlie Two 24 Cell

**SUBJECT:** State completely but briefly the problem on which you desire assistance. Give details.
**ASUNTO:** Describa completamente pero brevemente el problema con que desea asistencia. Incluya detallas.

Dear Douglas Mette I have an upcoming court on April 14th of current year. I am soliciting to use the Electronic Law Library for my court hearing I need to do some relevant resources in order to obtain some knowledge to use at court for my defense; therefore, I really need to find other than that I really need law library electronically Can I please get a tablet for law library number...

**DISPOSITION:** (DO NOT WRITE IN THIS SPACE)
**DISPOSICION:** (NO ESCRIBA EN ESTE ESPACIO)

Per LCJ Disciplinary Segregation Housing Unit Policy, DIS inmates do not have direct access to the electronic Law Library. DIS inmates desiring legal information must submit an inmate Request to Staff to the Treatment Department and provide legal or statutory citation. DIS inmates are limited to 50 pages of legal information per week, for which they will be charged. Indigent DIS inmates will be provided free copies.

**STAFF MEMBER / EMPLEADO DE LA CARCEL:** Doug Mette
**DATE FECHA:** 4-4-22

| DOC #4 | LEHIGH COUNTY |
|---|---|
| INMATE'S REQUEST TO STAFF | DEPARTMENT OF CORRECTIONS |
| Pedida de encarcelado a empleado | |

**TO** (Name and Title of Officer) / **PARA:** (Nombre y Titulo): Joshua Leedbetter, CM
**DATE (FECHA):** 3/30
**BY:** (Inmate Name and ID Number) / **DE:** (Nombre y Numero): Osvaldo Ojumba 0200144
**QUARTERS ASSIGNMENT** / **LOCAL DENTRO DE LA CARCEL:** Three Charlie Two 24 Cell

**SUBJECT:** State completely but briefly the problem on which you desire assistance. Give details.
**ASUNTO:** Describa completamente pero brevemente el problema con que desea asistencia. Incluya datallas.

To Mr. Leedbetter, our case manager on three charlie two. Again and again I am respectfully requesting those issues to be addressed.

1) I need to be placed on a regular cell. I've been on a danger cell - 24 cell, a cell with no table, no chair, no light for the past five months. This is a violation of 8th amendment. Cruel & unusual punishment. I need to be placed on a regular cell.

2) Inmates on Disciplinary Segregation need access of law library. We need access of electronic law library because it is faster and efficient. We need tablet or computer on the pod in order to get knowledge and information to fight our case. I am a pro se at court. I need a tablet for law library purposes. I need to use telephone as well. 1st Amendment.

3) Inmates on 3c need to have access of BOOKS. In order to fight boredom we should read Books to keep our mind busy & learn new vocabularies. Books are FRIENDS NOT CONTRABAND.

**DISPOSITION:** (DO NOT WRITE IN THIS SPACE)
**DISPOSICION:** (NO ESCRIBA EN ESTE ESPACIO)

1) You would need to talk to Security Staff about moving your cell

2) You can access the law library through Treatment Supervisor Dry Metta. As you are aware you just need to provide him specific case law/citations so he can find what you are looking for.

3) Per Policy D/S Inmates are permitted 1 Holy book, 1 Inmate handbook, and 1 Inmate Guidelines

**STAFF MEMBER / EMPLEADO DE LA CARCEL:** J. Leedbetter
**DATE / FECHA:** 8/31/22



NAME: Osvaldo Ojumba #0200144
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN, PA 18102-3489

Michael E. Kunz
Clerk of U.S. District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

RECEIVED
MAY 20 2022